38 So.2d 347

### Curtis SMITH v. STATE.

### 5 Div. 457.

Supreme Court of Alabama.
Oct. 14, 1948.

Rehearing Denied Feb. 3, 1949.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., for the petition.

Jacob A. Walker and R. C. Smith, both of Opelika, opposed.

LIVINGSTON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Smith v. State, 38 So.2d 341.

Writ denied.

BROWN, SIMPSON, and STAKELY, JJ., concur.